UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-   Case No. 3:11-CR-160-2

District Judge Thomas M. Rose

**CODY WILLIAMS,**

    **Defendant.**

---

**ENTRY AND ORDER DENYING IN PART AND GRANTING IN PART
MODIFICATION OF ORDER OF DETENTION**

---

This matter is before the Court on Defendant's Motion for Modification of Order of Detention (doc. 30) filed December 21, 2011. The Court having considered said motion, finds it not well-founded. Defendant's motion for the condition of electronic monitoring to be removed is **DENIED**.

In the alternative, the Court having fully reviewed Defendant's current conditions of release as set forth on November 14, 2011, **GRANTS** the following modifications:

1)     **Removing** the condition of participating in home detention program; and

2)     **Adding** the condition that the Defendant participate in a **Curfew** under the direction of U.S. Pretrial Services Office.

All other previously imposed conditions of bond shall remain in effect.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of December, 2011.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT