# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-                                                                                Case No. 3:11-CR-160-01

**ERIC NEWSOME,**

    **Defendant.**

## ENTRY AND ORDER DENYING MOTION FOR NEW COUNSEL

This matter is before the Court on Defendant's pro se Motion for New Counsel (doc. 42) filed on March 15, 2012. On March 21, 2012, Defendant appeared with Counsel and gave statements in open court on said motion. The Court having considered statements from the Defendant and Defense Counsel, finds that Defendant's motion is not well-founded. Therefore, Defendant's pro se Motion for New Counsel (doc. 42) is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this 22nd day of March, 2012.

                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT