IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff(s)

:

:

Case Number: 3:11-CR-160-TMR

:

vs

CODY WILLIAMS

    Defendant(s)

---

CLERK'S REQUEST TO RELEASE BOND

---

It appearing to the Court that the case against said Defendant, Cody Willimas, has been resolved, defendant delivered to F.C.I. Beaver WV on 5/29/12..

The Clerk requests permission to return the bond posted by Andrade Ramiro-Gonzales Jr in the amount of $1000.00 dollars.

JAMES BONINI, CLERK

By _James Toots_
    Financial Deputy

IT IS SO ORDERED:

_____
THOMAS M. ROSE,
UNITED STATES DISTRICT, JUDGE